UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
: 
CLOPAY PLASTIC PRODUCTS COMPANY, INC.,    :   12 Civ. 5262 (JPO) (MHD)
:
                          Plaintiff,    :   **NOTICE OF APPEARANCE**
:   **AND DEMAND**
      - against -    :
:
THE EXCELSIOR PACKAGING GROUP, INC.,    :
:
                          Defendant,    :
:
      - against -    :
:
KIMBERLY-CLARK CORPORATION and    :
HOGLA-KIMBERLY LTD.,    :
:
                    Third-Party Defendants.    :
:
------------------------------------------------------------------ x

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Paul D. Sarkozi of Tannenbaum Helpern Syracuse & Hirschtritt LLP is an attorney for Third-Party Defendant Kimberly-Clark Corporation and appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Date:  New York, New York
         March 29, 2013

                                         TANNENBAUM HELPERN SYRACUSE
                                         & HIRSCHTRITT LLP

                                         By:    /s/Paul D. Sarkozi
                                                 Paul D. Sarkozi
                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-6700 (phone)
                                        (212) 371-1084 (fax)
                                        sarkozi@thsh.com
                                        *Attorneys for Third-Party*
                                        *Defendant Kimberly-Clark Corporation*