4/3/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CLOPAY PLASTIC PRODUCTS COMPANY, INC.,  :  12 Civ. 5262 (JPO) (MHD)

                Plaintiff,  :  **STIPULATION**
                  :  **EXTENDING**
    - against -  :  **THIRD-PARTY**
                 :  **DEFENDANT**
THE EXCELSIOR PACKAGING GROUP, INC.,  :  **KIMBERLY-CLARK**
                  :  **CORPORATION'S**
                Defendant,  :  **TIME TO ANSWER**

    - against -  :

KIMBERLY-CLARK CORPORATION and  :
HOGLA-KIMBERLY LTD.,  :

                Third-Party Defendants.  :

------------------------------------------------------------------ x

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties to the third-party action herein that Third-Party Defendant Kimberly-Clark Corporation's time to move or answer with respect to the Third-Party Complaint is extended up to and including April 15, 2013. Third-Party Defendant Kimberly-Clark Corporation's original time to move or answer was February 28, 2013. No prior requests for adjournment or extensions of time have been made.

Date:   New York, New York
        March 29, 2013

_____  
*Digitally signed by Hilary Miller*  
DN: o=VeriSign, Inc., ou=VeriSign Trust Network, ou=www.verisign.com/repository/RPA Incorp. by Ref. LIAB.LTD(c)98, ou=Persona Not Validated, ou=Digital ID Class 1 - Netscape Full Service, cn=Hilary Miller, email=hilary@miller.net  
Reason: I agree to the terms defined by the placement of my signature on this document  
Location: Greenwich, Connecticut  
Date: 2013.03.29 14:00:08 -04'00'  

**HILARY B. MILLER**  
500 West Putnam Avenue, Suite 400  
Greenwich, Connecticut 06830-6096  
(203) 399-1320  
*Attorney for Defendant and*  
*Third-Party Plaintiff*  
*The Excelsior Packaging Group, Inc.*

TANNENBAUM HELPERN SYRACUSE  
& HIRSCHTRITT LLP

By:_____  
    Paul D. Sarkozi  
    Matthew R. Maron  
900 Third Avenue  
New York, New York 10022  
(212) 508-6700 (phone)  
(212) 371-1084 (fax)  
*Attorneys for Third-Party*  
*Defendant Kimberly-Clark Corporation*

SO-ORDERED:   4/2/13

_____