UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
CLOPAY PLASTIC PRODUCTS COMPANY, INC.,                              :   12 Civ. 5262 (JPO) (MHD)
                                                                    :
                                  Plaintiff,                        :   **RULE 7.1 DISCLOSURE**
                                                                    :   **STATEMENT OF THIRD-**
           - against -                                              :   **PARTY DEFENDANT**
                                                                    :   **KIMBERLY-CLARK**
THE EXCELSIOR PACKAGING GROUP, INC.,                                :   **CORPORATION**
                                                                    :
                                  Defendant,                        :
                                                                    :
           - against -                                              :
                                                                    :
KIMBERLY-CLARK CORPORATION and                                      :
HOGLA-KIMBERLY LTD.,                                                :
                                                                    :
                                  Third-Party Defendants.           :
                                                                    :
------------------------------------------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendant Kimberly-Clark Corporation hereby certifies that there are no corporate parents of Third-Party Defendant Kimberly-Clark Corporation, that Third-Party Defendant Kimberly-Clark Corporation is a nongovernmental corporate party and that no publicly held corporations own more than 10% of its stock. Third-Party Defendant Kimberly-Clark Corporation is a publicly-traded corporation.

       [THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Date: New York, New York
April 5, 2013

                        TANNENBAUM HELPERN SYRACUSE
                        & HIRSCHTRITT LLP

                        By:    /s/Matthew R. Maron
                              Paul D. Sarkozi
                              Matthew R. Maron
900 Third Avenue
New York, New York 10022
(212) 508-6700 (phone)
(212) 371-1084 (fax)
sarkozi@thsh.com
maron@thsh.com
*Attorneys for Third-Party*
*Defendant Kimberly-Clark Corporation*