UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
: 
CLOPAY PLASTIC PRODUCTS COMPANY, INC.,  :  12 Civ. 5262 (JPO) (MHD)
:
                          Plaintiff, : **NOTICE OF MOTION**
: **TO DISMISS**
      - against - : **THIRD-PARTY COMPLAINT**
:
THE EXCELSIOR PACKAGING GROUP, INC., :
:
                          Defendant, :
:
      - against - :
:
KIMBERLY-CLARK CORPORATION and :
HOGLA-KIMBERLY LTD., :
:
                   Third-Party Defendants. :
:
------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of its Motion to Dismiss the Third-Party Complaint, dated April 15, 2013, and all prior pleadings and proceedings, Third-Party Defendant Kimberly Clark Corporation ("K-C") will move this Court before Honorable J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing it from the Third-Party Complaint in the above-captioned action.

    Pursuant to Local Rule 6.1(b)(2), any opposition to K-C's Motion to Dismiss the Third-Party Complaint shall be served by April 29, 2013. K-C's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Third-Party Complaint shall be served within seven (7) days after service of the answering papers.

Date:   New York, New York
       April 15, 2013

                        TANNENBAUM HELPERN SYRACUSE
                        & HIRSCHTRITT LLP

                        By:   /s/Paul D. Sarkozi
                              Paul D. Sarkozi
                              Matthew R. Maron
                        900 Third Avenue
                        New York, New York 10022
                        (212) 508-6700 (phone)
                        (212) 371-1084 (fax)
                        sarkozi@thsh.com
                        maron@thsh.com
                        *Attorneys for Third-Party*
                        *Defendant Kimberly-Clark Corporation*