UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

CLOPAY PLASTIC PRODUCTS COMPANY, INC.,    :    12 Civ. 5262 (JPO) (MHD)

         Plaintiff,    :    **STIPULATION EXTENDING BRIEFING SCHEDULING ON THIRD-PARTY DEFENDANT KIMBERLY-CLARK CORPORATION'S MOTION TO DISMISS THIRD-PARTY COMPLAINT**

  - against -    :

THE EXCELSIOR PACKAGING GROUP, INC.,    :

         Defendant,    :

  - against -    :

KIMBERLY-CLARK CORPORATION and
HOGLA-KIMBERLY LTD.,    :

        Third-Party Defendants.    :

------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties to the third-party action herein that:

1. Defendant The Excelsior Packaging Group, Inc.'s ("Excelsior") time to serve opposition papers in response to Third-Party Defendant Kimberly-Clark Corporation's ("K-C") Motion to Dismiss Third-Party Complaint (originally scheduled for April 29, 2013) is hereby extended on consent until May 13, 2013.

2. K-C's time to serve its reply papers on its Motion to Dismiss Third-Party Complaint (originally scheduled to be served within seven (7) days after service of Excelsior's answering papers) is hereby extended on consent until May 30, 2013.

3. No prior requests for adjournments or extensions of time have been made on this application.

Date:  New York, New York
       April 16, 2013

| HILARY B. MILLER LAW OFFICE | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP |
|---|---|
| By _____ <br> Hilary B. Miller | By:_____ <br> Paul D. Sarkozi <br> Matthew R. Maron |
| 500 West Putnam Avenue, Suite 400 <br> Greenwich, Connecticut 06830-6096 <br> (203) 399-1320 *Attorneys for Defendant and Third-Party Plaintiff The Excelsior Packaging Group, Inc.* | 900 Third Avenue <br> New York, New York 10022 <br> (212) 508-6700 (phone) <br> (212) 371-1084 (fax) <br> *Attorneys for Third-Party Defendant Kimberly-Clark Corporation* |

**SO-ORDERED:**

_____
4·17·13