```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
CLOPAY PLASTIC PRODUCTS CO., INC.,
                                    :
            Plaintiff,                        ORDER
                                    :
       -against-                              12 Civ. 5262 (JPO)(MHD)
                                    :
THE EXCELSIOR PACKAGING GROUP,
INC.,                               :

            Defendant.              :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **THURSDAY, MAY 30, 2013** at **4:00 P.M.**, at which time the parties are directed to jointly call chambers at **(212) 805-0204** when all parties are on the line. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       May 21, 2013

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Lisa R. Dvoskin, Esq.
Lonnie Coleman, Esq.
Moomijian, Waite, Wactar & Coleman, LLP
Fax: (516) 937-5050

Hilary B. Miller, Esq.
Hilary B. Miller Law Office
Fax: (914) 206-3727

Paul D. Sarkozi, Esq.
Matthew R. Maron, Esq.
Tannenbaum, Helpern, Syracuse & Hirschtritt LLP
Fax: (212) 371-1084