UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLOPAY PLASTIC PRODUCTS COMPANY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE EXCELSIOR PACKAGING GROUP, INC., <br><br> *Defendant*. <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION and HOGLA-KIMBERLY LTD., <br><br> *Third-Party Defendants.* | 12 Civ. 5262 (JPO) <br><br> (ECF Case) <br><br><br> **DECLARATION OF SERVICE** |

I, the undersigned, HILARY B. MILLER, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

*1.* I am counsel of record for the defendant/third-party plaintiff herein, The Excelsior Packaging Group, Inc., and an attorney at law duly admitted to practice in this Court.

*2.* On February 4, 2013, I served the summons and third-party complaint on defendant Hogla-Kimberly Ltd. by depositing the same with the United States Main Post Office in Rockville, Maryland, by registered mail, with postage prepaid, addressed to such defendant at Tel-Aviv-Ramle Rd., POB 231, Ramle 62101, Israel, and receiving therefor registered mail receipt no. RE799056333US.

*3.* Such mailing was in accordance with, and as permitted by, the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, as in effect in the United States and in Israel.

*4.* A true copy of the registered mail receipt is reproduced below:



I declare under penalty of perjury that the foregoing is true and correct. Executed at Greenwich, Connecticut, on May 31, 2013.

_____
HILARY B. MILLER

C:\Users\Hilary B. Miller\Documents\Documents\Excelsior Packaging\Clopay\Third-Party Complaint\Dec of service.doc (May 31, 2013 at 16:17:00 Rev. 2)