# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 17 2013

**MEMO ENDORSED**

Writer's Direct Dial: (212) 508-6792
Writer's Direct Fax: (212) 937-3722
E-mail: maron@thsh.com

June 14, 2013

**BY FAX**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Room 2101
New York, New York 10007

*Action is hereby stayed until June 28, 2013.*

**SO ORDERED:**

J. PAUL OETKEN
U.S.D.J.
6/17/13

Re: *Clopay Plastics Company, Inc. v. The Excelsior Packaging Group, Inc. v. Kimberly-Clark Corporation and Hogla-Kimberly Ltd.*, 12 Civ. 5262 (JPO) (MHD)

Dear Judge Oetken:

We represent third-party defendant Kimberly-Clark Corporation ("Kimberly-Clark") in the above-referenced action.

On Wednesday, June 12th, pursuant to Your Honor's Individual Rules of Practice, we sent to the Court a courtesy copy of our reply papers in connection with Kimberly Clark's Motion to Dismiss the Third-Party Complaint.

We have conferred with counsel for Third Party Plaintiff, Excelsior. Because a settlement conference is currently scheduled for Tuesday, June 18, 2013 before Magistrate Judge Michael H. Dolinger, third party plaintiff and third party defendant agree that, in the interests of judicial economy, it would make sense for the Court to defer resolution of Kimberly Clark's Motion to Dismiss the Third-Party Complaint until after the conference. In the event the conference does not resolve the action, we will inform the Court so that the Court can address the Motion.

Respectfully submitted,

Matthew R. Maron

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

Hon. J. Paul Oetken
June 14, 2013
Page 2

cc:    Hilary B. Miller, Esq. (by email)
       Lisa R. Dvoskin, Esq. (by email)
       Lonnie Coleman, Esq. (by email)
       Daniel T. Flaherty, Esq. (by email)
       Paul D. Sarkozi, Esq.