UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
CLOPAY PLASTIC PRODUCTS CO., INC.,  :
                                    :
            Plaintiff,              :         **ORDER**
                                    :
        -against-                   :         12 Civ. 5262 (JPO)(MHD)
                                    :
THE EXCELSIOR PACKAGING GROUP,      :
INC.,                               :
                                    :
            Defendant.              :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

   Pursuant to the conference held today, the following pretrial schedule has been established:

1. Document production is to be completed by **JULY 2, 2013**.

2. All fact discovery is to be completed by **SEPTEMBER 30, 2013**.

3. Expert witness designations are due no later than **OCTOBER 21, 2013**.

4. Rebuttal witness designations are due no later than **NOVEMBER 4, 2013**.

5. Any dispositive motions are to be filed by no later than **DECEMBER 6, 2013**.

Dated: New York, New York
       June 18, 2013

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Lisa R. Dvoskin, Esq.
Lonnie Coleman, Esq.
Moomijian, Waite, Wactar & Coleman, LLP
Fax: (516) 937-5050

Hilary B. Miller, Esq.
Hilary B. Miller Law Office
Fax: (914) 206-3727

Daniel T. Flaherty, Esq.
Godfrey & Kahn S.C.
Fax: (920) 830-3530