UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

| | |
|---|---|
| CLOPAY PLASTIC PRODUCTS COMPANY, INC., | 12 Civ. 5262 (JPO) (MHD) |
| Plaintiff, | **ORDER FOR ADMISSION** |
| - against - | ***PRO HAC VICE*** |
| THE EXCELSIOR PACKAGING GROUP, INC., | |
| Defendant, | |
| - against - | |
| KIMBERLY-CLARK CORPORATION and HOGLA-KIMBERLY LTD., | 6/18/13 |
| Third-Party Defendants. | |

-------------------------------------------------------------------- x

This matter having been brought before the Court by motion to admit Daniel T. Flaherty *pro hac vice* to appear and participate as counsel for Third-Party Defendant Kimberly Clark Corporation in the above-captioned matter, and the Declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the Bar of the State of Wisconsin and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction;

IT IS HEREBY ORDERED that, pursuant to Local Rule 1.3(c) of this Court, Daniel T. Flaherty is admitted to practice *pro hac vice* as counsel for Third-Party Defendant Kimberly-Clark Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password.

Date:  New York, New York
       June /8, 2013

_____
~~U.S.D.J.~~/U.S.M.J.

9600342_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| CLOPAY PLASTIC PRODUCTS COMPANY, INC., | 12 Civ. 5262 (JPO) (MHD) |
| Plaintiff, | **DECLARATION OF** |
| | **PAUL D. SARKOZI** |
| - against - | **IN SUPPORT** |
| | **OF MOTION TO** |
| THE EXCELSIOR PACKAGING GROUP, INC., | **ADMIT COUNSEL** |
| | ***PRO HAC VICE*** |
| Defendant, | |
| - against - | |
| KIMBERLY-CLARK CORPORATION and HOGLA-KIMBERLY LTD., | |
| Third-Party Defendants. | |

------------------------------------------------------------- x

I, PAUL D. SARKOZI, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a partner in the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, located at 900 Third Avenue, New York, New York 10022. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an Order granting Daniel T. Flaherty admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to appear and participate as counsel for Third-Party Defendant Kimberly-Clark Corporation in the above-captioned action.

2.  I am a member in good standing of the bar of this Court.

3.  I have reviewed the Declaration of Daniel T. Flaherty in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declaration is true and correct. Daniel T. Flaherty is fully familiar with the facts of this case.

4. Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Daniel T. Flaherty to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:  New York, New York
       June 14, 2013

_____
PAUL D. SARKOZI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| CLOPAY PLASTIC PRODUCTS COMPANY, INC., | 12 Civ. 5262 (JPO) (MHD) |
| Plaintiff, | **DECLARATION OF DANIEL T. FLAHERTY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| - against - | |
| THE EXCELSIOR PACKAGING GROUP, INC., | |
| Defendant, | |
| - against - | |
| KIMBERLY-CLARK CORPORATION and HOGLA-KIMBERLY LTD., | |
| Third-Party Defendants. | |

-------------------------------------------------------------- x

I, DANIEL T. FLAHERTY, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Godfrey & Kahn S.C., located at 100 West Lawrence, P.O. Box 2728, Appleton, Wisconsin 54912-2728. I submit this declaration in support of the motion for my *pro hac vice* admission in this matter.

2. I am a member in good standing of the Bar of the State of Wisconsin.

3. I have never been suspended, disbarred or otherwise disciplined by any court and there are no pending disciplinary proceedings against me in any State or Federal Court.

4. I am familiar with the Local Rules for the Southern District of New York and agree to follow them in all matters relating to this action. I further agree to submit to the jurisdiction of this Court for the purpose of sanctions, discipline, or such other action as the Court may deem proper.

5. Wherefore, I respectfully request that I be permitted to appear and participate as

counsel *pro hac vice* in the above-captioned case.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:   Appleton, Wisconsin
        June 11, 2013

_____
DANIEL T. FLAHERTY

2

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Diane M. Fremgen
Clerk

# *CERTIFICATE OF GOOD STANDING*

*I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### DANIEL T. FLAHERTY

*was admitted to practice as an attorney within this state on June 17, 1986 and is presently in good standing in this court.*

Dated: June 4, 2013

*DIANE M. FREMGEN*
*Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing